UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                             CHAPTER 13

WILLIAM E. ZIEMEK, III                       CASE NO. 14-80364

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     Wells Fargo Bank NA                     **Court claim #: 6**

**Last four digits** of any number used to identify the debtor's account: 8742

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $423.57 |
| Amount Paid by Trustee | $423.57 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐     Thru the Chapter 13 Plan          ☒     Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  10/04/18                            /s/Lydia S. Meyer
                                                                      Lydia S. Meyer, Trustee
                                                                      308 W. State St., Suite 212
                                                                      Rockford, IL  61101

Certificate of Service

     I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 4th Day of October, 2018

Dated:  10/04/18                            /s/Cynthia K. Burnard

WELLS FARGO BANK NA
ATTN: BANKRUPTCY DEPT MAC X2302-04C
ONE HOME CAMPUS
DES MOINES, IA 50328-0001

WELLS FARGO HOME MORTGAGE
PO BOX 10335
DES MOINES, IA  50306

ATTORNEY ANDREW NELSON
PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

WELLS FARGO BANK NA
ATTN: BANKRUPTCY DEPT. MAC X7801-014
3476 STATEVIEW BLVD.
FT. MILL, SC 29715-7203

DANA O'BRIEN
C/O MCCALLA RAYMER PIERCE, LLC
1N. DEARBORN ST. SUITE 1200
CHICAGO, IL 60602

WILLIAM E. ZIEMEK, III
203 CLEAR SKY TRAIL
LAKE IN THE HILLS, IL  60156

LEEDERS & ASSOCIATES LTD
ATTORNEY TERRANCE S. LEEDERS
205 W. RANDOLPH ST., SUITE 1240
CHICAGO, IL  60606